UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

BRYAN F. JENNINGS,

    Petitioner,

v.                                                                    Case No. 5:18-cv-00281-MCR
                                                                             Related Case No. 5:02-cv-00174-RH

JULIE L. JONES, SECRETARY,                     **CAPITAL CASE**
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Bryan F. Jennings, Petitioner in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying the Petition in reference to Mr. Jennings' federal habeas petition under 28 U.S.C. § 2254 entered on June 10, 2020 (Doc. 28).

This 7th day of July, 2020.

                                                    Respectfully submitted,

                                                    /s/ Terri L. Backhus

                                                    Terri L. Backhus
                                                    Chief Attorney
                                                    Capital Habeas Unit
                                                    Office of the Federal Public Defender
                                                    Northern District of Florida

Tallahassee, FL 32301
(850) 942-8818
terri_backhus@fd.org

Martin J. McClain
McClain & McDermott, P.A.
141 NE 30th Street
Wilton Manors, FL 33334
(305) 984-8344
martymcclain@comcast.net

### Certificate of Service

I certify that a copy of the foregoing Notice of Appeal has been served on all counsel of record via the ECF filing system on July 7, 2020.

/s/ Terri L. Backhus
Terri L. Backhus